JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gnathonic, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>James Dingman et al,<br><br>        Defendant. | 2:19-cv-01502-VAP-SSx<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    On March 31, 2020, this Court issued its Order GRANTING Plaintiff Gnathonic, LLC's ("Plaintiff") Application for Default Judgment against Defendant James Dingman ("Defendant"). (Doc. No. 18). The Court orders that such judgment be entered.

    Pursuant to this Judgment, Defendant shall pay Plaintiff $363,363.21 in monetary damages.

**IT IS SO ORDERED.**

Dated: 5/11/20

                                        Virginia A. Phillips
                                      Chief United States District Judge